# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 3, 2025
Lyle W. Cayce
Clerk

No. 25-50976

United States of America,

*Plaintiff—Appellant*,

versus

James Wesley Burger,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1
_____

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Jones and Graves, *Circuit Judges*.

Per Curiam:

    The court hereby enters a temporary administrative stay of ten days, to give the district court time to: (1) provide its reasons for dismissing the superseding indictment against James Wesley Burger and ordering him released from custody, Fed. R. Crim. P. 12(d); and (2) provide this court with a transcript of Burger's detention hearing and the motions hearings in this case. The entry of this temporary administrative stay does not affect any relief that the district court may provide pursuant to 18 U.S.C. § 3143.