# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 10, 2025
Lyle W. Cayce
Clerk

No. 25-50976

United States of America,

*Plaintiff—Appellant,*

versus

James Wesley Burger,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1
_____

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Jones and Graves, *Circuit Judges*.

Per Curiam:

    The temporary administrative stay is extended to December 20, 2025. The parties may each file a supplemental letter brief addressing the district court's reasoning and other developments no later than December 15, 2025.

    SO ORDERED.