# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50976   USA v. Burger
                      USDC No. 1:25-CR-332-1

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Melissa B. Courseault, Deputy Clerk
                      504-310-7701

Mr. Philip Devlin
Ms. Maureen Scott Franco
Mr. Carl Richard Hennies
Mr. Zachary Carl Richter
Mr. Mark Twain Roomberg