# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 23, 2025
Lyle W. Cayce
Clerk

No. 25-50976
consolidated with
No. 25-51021

UNITED STATES OF AMERICA

*Plaintiff—Appellant*,

versus

JAMES WESLEY BURGER,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1

_____

## UNPUBLISHED ORDER

IT IS ORDERED that briefing and oral argument in the consolidated appeal shall be conducted according to the following schedule:

• December 29, 2025, at noon: Simultaneous letter briefing (not to exceed five pages) on the need for interim relief, if any, due. Counsel should address whether any emergency interim relief is sought to be granted before the argument scheduled for January 20, 2026.

• January 2, 2026: Appellant's merits brief due.

No. 25-50976
c/w No. 25-51021

- January 12, 2026: Appellee's merits brief due.

- January 16, 2026: Reply brief due.

- January 20, 2026: Oral argument at 9:00 a.m.

Given that these are two consolidated appeals, counsel may each use 10,000 additional words above the word count limits laid out in Federal Rule of Appellate Procedure 32(a)(7)(B).

To avoid any uncertainty regarding the various orders of the district court and of this court, this merits panel now clarifies that per the December 22 order of the administrative panel, nothing prohibits the government, in its discretion, from detaining the defendant or from requesting that the district court impose conditions of release pursuant to 18 U.S.C. § 3143, pending further order of this court.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT