# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50976   USA v. Burger
                 USDC No. 1:25-CR-332-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Philip Devlin
Ms. Maureen Scott Franco
Mr. Carl Richard Hennies
Mr. Zachary Carl Richter
Mr. Mark Twain Roomberg